IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAMELA M. GIBSON,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-246-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Unum Life Insurance Company of America against plaintiff Pamela M. Gibson GRANTING defendant's motion for summary judgment.

_____       _1/4/11_____
Peter Oppeneer, Clerk of Court                   Date